WILLIAM W. APPLETON et al., as Trustees under the Will of JAMES E. COONEY, Deceased, et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted October 30, 1916; decided December 28, 1916.)

MOTIONS for re-argument and to amend remittitur. (See 219 N. Y. 150.)

Motion for re-argument denied, with ten dollars costs. Motion to amend remittitur granted to the extent of inserting therein a statement to the effect that the judgment of the Appellate Division is affirmed solely upon the grounds set forth in the opinion of this court.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AND QUEENS GAS COMPANY, Respondent, *v.* EDWARD E. McCALL et al., Constituting the Public Service Commission of the State of New York for the First District, Appellants.

(Submitted November 20, 1916; decided December 28, 1916.)

Motion for re-argument denied.   (See 219 N. Y. 84.)